UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

Chase Neill,                                                                File No. 25-cv-890 (ECT/ECW)

      Plaintiff,

v.                                                                                                **ORDER**

Warden Jared Rardin, *Warden of FMC Rochester*; Captain Hess; Gronseth, *Counsellor*; Z. Gore, *Counsellor*; Lohann, *Special Investigations Supervisor (SIS)*; Lt. Holbus, *SIS Lieutenant*; McBeth, *Chaplain*; Kayode Wemimo, *Psychiatric Nurse Praticioner*; Doctor Vollmar; Doctor Nancy Jordan; Dr. Hadaway, *Clinical Director*; and Bush, *Attorney*,

      Defendants.

---

Magistrate Judge Elizabeth Cowan Wright issued a Report and Recommendation on June 10, 2025. ECF No. 40. No party has objected to that Report and Recommendation, and it is therefore reviewed for clear error. *See* Fed. R. Civ. P. 72(b); *Grinder v. Gammon*, 73 F.3d 793, 795 (8th Cir. 1996) (per curiam). Finding no clear error, and based on all the files, records, and proceedings in the above-captioned matter, **IT IS ORDERED THAT**:

1. The Report and Recommendation [ECF No. 40] is **ACCEPTED**;

2. The action is **DISMISSED WITHOUT PREJUDICE** under Fed. R. Civ. P. 41(b) for failure to prosecute; and

3. All pending motions of Plaintiff Chase Neill [ECF Nos. 3, 11, 13, 17, 20, 22, 28, and 47] are **DENIED AS MOOT** in light of the dismissal without prejudice for failure to prosecute.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated: July 15, 2025                                   s/ Eric C. Tostrud
                                                       Eric C. Tostrud
                                                       United States District Court